DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHERYL OHEL,**
Appellant,

v.

**VITAL PHARMACEUTICALS, INC.,**
Appellee.

No. 4D21-813

[October 21, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 18-007709.

Chris Kleppin and Allyson Morgado of The Kleppin Firm, P.A., Plantation, for appellant.

Scott A. Cole, Matthew A. Green and Kevin M. DeMatteo of Cole, Scott & Kissane, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***